UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MARGARET WHISTLE MORRIS**                                  **PLAINTIFF**

v.                  **CASE NO. 2:09cv00125 BSM**

**DAVID H. ARRINGTON OIL & GAS INC.**                  **DEFENDANT**

## JUDGMENT

Pursuant to the order entered this day, judgment is entered for defendant David H. Arrington Oil & Gas, Inc. The motion for summary judgment filed by defendant is granted, and all claims are dismissed with prejudice.

IT IS SO ORDERED this 8th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE